**Order entered June 27, 2018**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-18-00094-CR**
**No. 05-18-00095-CR**
**No. 05-18-00096-CR**

**MATTHEW BARRETT O'SHEA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F15-51850-R, F15-75167-R & F15-75168-R**

## ORDER

Before the Court is the June 21, 2018 request of court reporter Debi Harris for an extension of time to file the reporter's record in appellate cause number 05-18-00094-CR. We **GRANT** the request to the extent that we **ORDER** the reporter's record in all three of the above appeals filed within **TEN DAYS** of the date of this order.

/s/    LANA MYERS
        JUSTICE